ACCEPTED
06-14-00094-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/3/2015 5:45:30 PM
DEBBIE AUTREY
CLERK

# CASE NO. 06-14-00094-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/3/2015 5:45:30 PM
DEBBIE AUTREY
Clerk

## IN THE SIXTH COURT OF APPEALS
## TEXARKANA, TEXAS

Nancy Bowman,

Appellant,

vs.

Jerry Davidson and
Diana Davidson,

Appellees.

On Appeal from the 71st Judicial District
Harrison County, Texas
Cause No. 13-0618
The Honorable Brad Morin, Presiding

## UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW NANCY BOWMAN, Appellant in the above-referenced cause, who makes and files this, her Unopposed Motion to Extend Time to File Appellant's Brief pursuant to Texas Rules of Appellate Procedure 10.5, and in support whereof would respectfully show unto the Honorable Court as follows:

## I.
## Background

Appellant filed her Notice of Appeal and immediately requested the preparation of the clerk and reporter's records in this matter. However, there was a delay in getting the records filed and obtaining copies of the record due to the closing of the courts because of the inclement weather. Further, it has now come to the Appellant's attention that there may be documents missing from the Clerk's Record and Supplemental Record filed later by the Clerk. Appellant is working diligently to resolve the issues but she needs additional time to file her brief as a result.

The current due date for Appellant's Brief is March 9, 2015. Appellant requests an extension of the deadline in order to allow additional time for the preparation of her brief with the benefit of a complete Clerk's Record. This is the first request for an extension made by Appellant in this matter.

## II.
## Grounds

The following facts are relied upon by Appellant to reasonably explain the need for the requested extension and provide the Court with good cause:

The Clerk's Record was not complete when filed. Appellant has not been able to obtain a bate-stamped copy of the Supplemental Record to date due to the

court's closing because of inclement weather, and Appellant needs to make sure all relevant documents are included in the Clerk's Record and Supplemental Record before she can cite to the documents and file her brief.

Thus, Appellant requests an extension of time in order to prepare her brief based on a complete Clerk's Record.

## III.
### Relief Requested

Accordingly, Appellant requests the Court grant her an extension of thirty (30) days to file her Appellant's Brief from the current due date of March 9, 2015. The undersigned has conferred with the Appellees' attorney, and he has indicated he does not oppose the relief sought in this Motion.

## IV.
### Prayer

Appellant prays the Honorable Court GRANT her request to extend the deadline for filing the Appellant's Brief as set forth herein.

Appellant prays for such other and further relief, general or special, in law or in equity, to which she may show herself to be justly entitled.

Respectfully submitted,

*/s/Jack M. Sanders, Jr*
JACK M. SANDERS, JR.
109 East Houston Street
P.O. Box 1387
Marshall, Texas 75671-1387
(903) 935-7172
(903) 938-8616 (Fax)
sanders.jack@sbcblobal.net

ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, has conferred with the attorney of record for Appellees regarding this Motion, and that he does not oppose the relief requested herein.

*/s/Jack M. Sanders, Jr.*
Jack M. Sanders, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to Texas Rules of Appellate Procedure 6.3, a true and correct copy of the foregoing Motion to Extend has been sent to the following counsel of record for Appellees by postage prepaid certified mail, return receipt requested on this, the __3rd__ day of March, 2015.

*/s/Jack M. Sanders, Jr.*
Jack M. Sanders, Jr.